ORDERED.

Dated:  April 20, 2016

Paul M. Glenn
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

Case No: 3-14-bk-00615-PMG
Chapter 7

In re:

**ANTHONY R. DELUCIA, JR.**

              **Debtor/**

### ORDER VACATING ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE, CANCELING BOND, AND CLOSING ESTATE DATED MARCH 29, 2016

On March 29, 2016, an Order Approving Account, Discharging Trustee, Canceling Bond, and Closing Estate was entered in this case in error.  For good cause shown, it is

**ORDERED:**

The Order Approving Account, Discharging Trustee, Canceling Bond, and Closing Estate dated March 29, 2016, is vacated and set aside.