UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**In re:**

**ANTHONY R. DELUCIA, JR.,**      CASE NO.: 3:14-bk-000615-PMG
                                   **Chapter 7**
   Debtor.
_____/

**JAKE HUNTER,**
                                   Adv. Pro. No.:3:14-ap-00120-PMG
   Plaintiff,

v.

**ANTHONY R. DELUCIA, JR.,**

   Defendant.
_____/

## STATUS REPORT

COMES NOW Creditor / Plaintiff, JAKE HUNTER ("Hunter"), by and through the undersigned counsel, hereby provides his status report as follows:

1. As it pertains to Nassau County Circuit Court Case Number 45-2016-CA-000002, in the action of Hunter v. McKeel, the parties continue to litigate and exchange discovery. Defendant filed a Motion to Dismiss or in the alternative Motion for Summary Judgment that was set for hearing on November 15, 2018. The hearing was continued because Hunter moved for leave to amend. At this time, the pleadings are in the process of being amended. The parties continue to engage in discovery, including forensic computer discovery.
2. As it pertains to Nassau County Circuit Court Case Number 2014 -CA-00427, in the action of Hunter v. Tomasetti, the parties continue discovery. Hunter is moving to set the matter for trial. Hunter is further requesting electronically stored discovery and preparing motions to compel discovery.
3. An updated status report will be filed on August 6, 2019.

1
**COLE, SCOTT & KSISANE, P.A.**

COLE, SCOTT & KISSANE, P.A.

s/ *[signature]*

Blake H. Cole, Esq.
Florida Bar No.: 75031
Email: blake.cole@csklegal.com
4686 Sunbeam Road
Jacksonville, Florida 32257
Telephone: 904-672-4057
Facsimile: 904-672-4050
Attorneys for Jake H. Hunter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic filing and/or U.S. Mail this 9th day of May, 2019 to:

Anthony Delucia, Jr.
c/o Robert Bernard
Davis, Martin & Bernard, P.A.
960185 Gateway Blvd., Ste. 104
Amelia Island, FL 32034-7843

Aaron R. Cohen
Post Office Box 4218
Jacksonville, FL 32201-4218

U.S. Trustee – JAX 13/7
Office of the U.S. Trustee
George C. Young Federal Bldg.
400 W. Washington St., Ste. 1100
Orlando, FL 32801-2217

Jake H. Hunter
c/o Cole, Scott & Kissane, P.A.
4686 Sunbeam Road
Jacksonville, FL 32257

United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2476

Leslie Rushing, Esq.
Quintairos, Prieto, Wood & Boyer, PA
1475 Centerpark Blvd. Suite 130
West Palm Beach, FL 33401

COLE, SCOTT & KISSANE, P.A.

s/ *[signature]*
Blake H. Cole, Esq.
Florida Bar No.: 75031
Email: blake.cole@csklegal.com
4686 Sunbeam Road
Jacksonville, Florida 32257
Telephone: 904-672-4057
Facsimile: 904-672-4050
Attorneys for Jake H. Hunter

3
COLE, SCOTT & KSISANE, P.A.